THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JUAN DAVID RESTREPO-JIMENEZ a/k/a
ANTONIO REYES-RIOS a/k/a
OSCAR FIGUEROA

**04 CR 10356 EFH**

CRIMINAL ACTION

Count One:

8 U.S.C. §1326
(Illegal Re-entry of
  Deported Alien)

## INDICTMENT

**COUNT ONE:**  8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about November 19, 2004, at Boston, in the District of Massachusetts,

**JUAN DAVID RESTREPO-JIMENEZ a/k/a
ANTONIO REYES-RIOS a/k/a
OSCAR FIGUEROA**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland

Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
NADINE PELLEGRINI
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS                    December 8, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 1/15/04)

04 CR 10356 EFH

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ICE

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Juan David RESTREPO-JIMENEZ   Juvenile   [ ] Yes   [x] No

Alias Name   Antonio Reyes-Rios; Oscar Figueroa

Address _____

Birth date (Year only): 1967   SSN (last 4 #): ____   Sex M   Race: H   Nationality: Colombian

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Nadine Pellegrini   Bar Number if applicable _____

Interpreter:   [x] Yes  [ ] No   List language and/or dialect: Spanish

Matter to be SEALED:   [ ] Yes   [x] No

[x] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

Charging Document:   [ ] Complaint   [ ] Information   [x] Indictment
Total # of Counts:   [ ] Petty   [ ] Misdemeanor   [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/8/04   Signature of AUSA: /s/ Nadine Pellegrini

04 CR 10356 EFH

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant** _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. 1326(a) | Illegal re-entry by deported alien | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**