UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA            Criminal No. 04-10356-EFH

v.

JUAN DAVID RESTREPO-JIMENEZ


                REPORT ON INITIAL STATUS CONFERENCE

DEIN, M.J.

    On January 19th, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

    For the government: None
    For the defense: Analysis of the discovery provided (chiefly the ICE file) in light of <u>United States v. Restrepo</u>, 59 F. Supp. 2d 133 (D. MA 1999)[98-10377-MLW]

2. Features of case that deserve special attention or modification of the standard schedule


    For the government: None at the moment
    For the defense:    None at the moment

3. Anticipated supplemental discovery

    For the government: None
    For the defense:

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

    If the matter proceeds to trial, the government expects to call a witness as to fingerprint identification.

5.   Applicable periods of excludable delay under Speedy Trial Act

   From 12/9/04 (date of appearance) until 12/22/04 (date that government provided discovery.

   From 12/30/04 (Defendant's motion for Hearing) until the present

6.   Trial is anticipated.  Estimated duration of trial

   The government expects that trial will take approximately four days.

7. Other matters:

   For the government: None
   For the defense:    None at this moment


A motion date pursuant to Fed. R. Crim. P. 12(c)  has/has not been established.

1.   Defendant anticipates filing of dispositive motions:

   A.   To dismiss – speedy trial act denial (Restrepo);

   B.   To dismiss – violation of Vienna Convention on consular relations.



/s/George Gormley                      /s/Nadine Pellegrini
George Gormley, Esq.                   Nadine Pellegrini,Esq.
Counsel for the Defendant              Assistant U.S. Attorney