UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10356-EFH

UNITED STATES OF AMERICA

v.

JUAN DAVID RESTREPO-JIMENEZ

**FURTHER ORDER ON EXCLUDABLE TIME**

January 19, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 6, 2005 through February 28, 2005,

that being the period between the expiration of the initial order on excludable time and the Interim Status Conference.

Based upon the prior order of the court dated December 9, 2004 and this order, at the time of the Interim Status Conference on February 28, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge