AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Juan David Restrepo-Jimenez a/k/a
Antonio Reyes-Rios a/k/a
Oscar Figueroe

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10356 EFH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Juan David Restrepo-Jimenez aka Antonio Reyes-Rios aka Oscar Figueroa
                                                                              Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

Illegal Re-entry by Deported Alien

in violation of
Title 08            United States Code, Section(s) 1326(a)

Supervisor
Title of Issuing Officer

12-8-04 Boston
Date and Location

RECEIVED
2004 DEC -8 P 4:11
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT
OF DEFENDANT ON 12/9/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.