UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | NO. 04-10356-EFH |
| JUAN DAVID RESTREPO-JIMENEZ ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ALTER CONDITIONS OF PRE TRIAL RELEASE

Now comes the defendant, JUAN DAVID RESTREPO-JIMENEZ, and requests that this Court permit and allow him to be outside his place of home detention in Central Falls, Rhode Island for the purpose of performing volunteer work at a recognized charitable organization – The Salvation Army – located in Pawtucket, Rhode Island.[1]

As grounds for this request the defendant states:

1. His home confinement – while certainly preferable to incarceration – is producing tension at his designated place of residence. His restriction to his sister's apartment is a source of tension;

2. The defendant has – through family members – sought out the opportunity to perform volunteer work at a recognized charitable organizations to occupy himself productively while on pre trial detention. He desires to perform socially useful volunteer service at a community organization to "give back" to the community that has been home to his family members, while at the same time allowing him the opportunity to enhance his legal appearance before the District Judge at sentencing, should he be convicted of the offense alleged in this indictment;

---

[1] The defendant also has volunteer opportunities at other charitable organizations in the Rhode Island area – Project Hope and Progresso Latino – and seeks permission to do volunteer work at those entities all as this Court would allow and Pre Trial Services would deem suitable.

3.  The defendant further says he is amenable to any reporting or monitoring conditions this Court (sua sponte in consultation with Pre Trial Services) feels appropriate in granting this request..

I certify that [a copy] of the above
document [was served] upon the
attorney of record [for each] other
party by MAIL/HAND on the date
stated herein

_____

Respectfully submitted,
**JUAN DAVID RESTREPO-JIMENEZ**
By his attorney,

_____
George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO# 204140

**Dated:** 3/25/05

# THE SALVATION ARMY
## WORSHIP AND SERVICE CENTER
102 High St P.O. Box 163
Pawtucket, RI 02860 (Mail: 02862-0163)
Phone: 401 723-9533 – Fax 722-8680

### COMMUNITY SERVICE WORKERS' REPORT

Worker Name: _Juan D. Restrepo_

Number of hours required: _Pending_

Interview Date: _Pending_

Agency Representative: _Commanding Officer_

Tentative assignment will be? _Food Pantry Helper_

Number of hours per week or month expect? _Pending_

The community service work will begin on: _Pending._

Contact person to check on progress and attendance? <u>Social Services Director</u>

Comments? _____

_Pending_
Agency Representative                                    Date

The Salvation Army Pawtucket Corps, is a Non-profit organization.

JOHN GOWANS
GENERAL

ISRAEL L. GAITHER
TERRITORIAL COMMANDER



# THE SALVATION ARMY
FOUNDED IN 1865 BY WILLIAM AND CATHERINE BOOTH

**A CENTER FOR WORSHIP AND SERVICE**
102 HIGH STREET, P.O. BOX 163
PAWTUCKET, RI 02860 (Mail 02862)
TELEPHONE (401) 723-9533  FAX (401) 722-8680

March 22, 2005

To Whom It May Concern:

Re: Community Service

Pursuant to my conversation with you regarding community service work, attached the form which is to be filled out and signed at the time of you interview by The Salvation Army Pawtucket Corps Social Services Director.

At the time of you interview you need to bring your Picture Id. And the permission letter from the court.

Once you have permission to do the Community Services Hours, please contact me at 723-9533.

If you have any questions, please feel free to contact me at 723-9533.

_Nubia Ocampo_  03-22-05
Nubia Ocampo Social Services Director