UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NO. 04-10356-EFH** |
| **JUAN DAVID RESTREPO-JIMENEZ** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S REQUEST FOR LEAVE TO TRAVEL TO THE DISTRICT OF MASSACHUSETTS

Now comes the defendant, JUAN DAVID RESTREPO-JIMENEZ, and requests this honorable Court permit and allow him to travel to the district of Massachusetts for the purpose of visiting his wife and family.

Defendant requests that he be allowed to travel and visit with his family on Mondays from 4:00 p.m. – 9:00 p.m. and on Fridays from 4:00 p.m. through Saturday evenings at 7:00 p.m.

                                               Respectfully submitted,
                                               **JUAN DAVID RESTREPO-JIMENEZ**
                                               By his attorney,


                                             /s George F. Gormley
                                             George F. Gormley
                                             ***George F. Gormley, P.C.***
                                             655 Summer Street
                                             Boston, MA 02210
                                             (617) 478-2750
                                             BBO# 204140

**Dated**: June 3, 2005



**Malden Family Health Center**
AN AFFILIATE OF HALLMARK HEALTH

100 Hospital Road
Malden, Massachusetts 02148-3591
PHONE (781) 338-7478   FAX (781) 338-7457
EMAIL  fhc@lmh.edu

May 31, 2005

To Whom It May Concern:

Adriana Roman is a patient under my care. She suffered an auto accident on 4/23/05 and has had significant back pain since. She is currently unable to sit more than 30 minutes without pain and unable to drive long distances. I feel Adriana will be unable to drive long distances for at least the next 8 weeks. Please contact with any questions.

Sincerely,

Parra Tomkins, MD