```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

                           CRIMINAL NO. 04-10356-EFH

v.

JUAN RESTREPO-JIMENEZ


                   FINAL STATUS CONFERENCE

     On June 30, 2005, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties represent that:

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government does not expect to provide additional discovery with the exception of a supplemental fingerprint comparison report to be completed by a member of the FBI Latent Print Lab which will be requested if this matter should go to trial.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5. The defendant has not yet filed any motion to sever, dismiss, or suppress or, any other motion requiring a ruling by the District Court prior to trial.

6. There are no other matters which require a schedule be set in the case.

7. The parties have discussed the possibility of an early resolution of the case without trial. The parties have not, at this time, resolved this case.

8. There are periods of excludable delay under the Speedy Trial Act.

    (a) Total amount of time excludable under the Speedy Trial Act:

        From 12/9/04 (date of initial appearance) until 1/10/05 (date of detention hearing)

        From 1/6/05 until 2/28/05 (date of discovery completion)

        From 2/28/05 (date of initial status) until 3/28/05 (date of interim status conference)

        From 3/28/05 until 4/29/05 (date of interim status)

        From 4/29/05 until 6/3/05 (date of final status conference)

        From 6/3/05 until 6/30/05 (date of final status conference)

    (b) Amount of time remaining under the Speedy Trial Act before trial must commence:

        70 days

9. Should this case proceed to trial, the government anticipates that its case-in-chief will take approximately 3 days.

By the government:                                By the Defendant:

/s/Nadine Pellegrini                              /s/George Gormley, Esq.
Nadine Pellegrini, AUSA                           George Gormley, Esq.

Dated: 06/30/05