UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10356-EFH

UNITED STATES OF AMERICA

v.

JUAN DAVID RESTREPO-JIMENEZ

**FINAL STATUS REPORT**

June 30, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Thursday, June 30, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary, although discussions are continuing.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant has not filed any dispositive motions.

5. Based upon the prior orders of the court dated December 9, 2004, January 19, 2005, February 28, 2005, March 31, 2005, April 29, 2005, and June 3, 2005, as of this date there are zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period of June 30, 2005 through August 3, 2005, to allow the parties time to explore plea negotiations.

6. It is estimated that if the case goes to trial, the trial will last approximately three (3) days.

7.     The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                                    / s / Judith Gail Dein
                                                    Judith Gail Dein
                                                    United States Magistrate Judge