UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10356-EFH

UNITED STATES OF AMERICA

v.

JUAN DAVID RESTREPO-JIMENEZ

## FURTHER ORDER ON EXCLUDABLE TIME

June 30, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 30, 2005 through August 3, 2005

to enable the parties to continue to explore plea negotiations.

Based upon the prior orders of the court dated December 9, 2004, January 19, 2005, February 28, 2005, March 31, 2005, April 29, 2005, June 3, 2005 and this order, as of August 3, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge