**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NO. 04-10356-EFH** |
| **JUAN DAVID RESTREPO-JIMENEZ** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR PERMISSION TO LEAVE HOME CONFINEMENT**
**AND ATTEND FAMILY FUNCTION**

Now comes the defendant, JUAN DAVID RESTREPO-JIMENEZ, and requests permission

of  Court to leave his place of pre trial home detention in Central Falls, Rhode Island on Saturday,

March 4, 2006 to attend a family celebration in Pawtucket, Rhode Island, 02904.  Defendant requests

permission to be at the function and out of his place of pre trial home detention from 6:00 p.m. to

11 p.m.

Pre Trial Services (Rhode Island) does not oppose this request.

The government does not oppose this request.

> Respectfully submitted,
> **JUAN DAVID RESTREPO-JIMENEZ**
> By his attorney,
>
> /s George F. Gormley
> George F. Gormley
> *George F. Gormley, P.C.*
> 655 Summer Street
> Boston, MA 02210
> (617) 478-2750
> BBO# 204140

**Dated**: March 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies

will be sent to those indicated as non-registered participants on March 1, 2006.

/s George F. Gormley

George F. Gormley