## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **NO. 04-10356-EFH** |
| **JUAN DAVID RESTREPO-JIMENEZ** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR PERMISSION TO LEAVE HOME CONFINEMENT
## AND ATTEND FAMILY FUNCTION

Now comes the defendant, JUAN DAVID RESTREPO-JIMENEZ, and requests permission of Court to leave his place of pre trial home detention in Central Falls, Rhode Island on Saturday, May 20, 2006 to attend a family celebration at the Hilltop Steakhouse in Saugus, Massachusetts. Defendant requests permission to be at the function and out of his place of pre trial home detention from 6:00 p.m. to 11 p.m.

Pre Trial Services (Rhode Island) does not oppose this request.

The government does not oppose this request.

                              Respectfully submitted,
                              **JUAN DAVID RESTREPO-JIMENEZ**
                              By his attorney,

                              /s George F. Gormley
                              George F. Gormley
                              ***George F. Gormley, P.C.***
                              655 Summer Street
                              Boston, MA 02210
                              (617) 478-2750
                              BBO# 204140

**Dated**: May 17, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 17, 2006.

/s George F. Gormley

George F. Gormley