# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

      v.                        CR. NO.: 04-10356-EFH

JUAN DAVID RESTREPO-JIMENEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

August 9, 2006

HARRINGTON, S.D.J.

    A Rule 11 Hearing in this case is scheduled for **Monday, September 11, 2006**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

                                 /s/ Edward F. Harrington  
                                 EDWARD F. HARRINGTON  
                                 United States Senior District Judge