UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                   )<br>)<br>JUAN DAVID RESTREPO-JIMINEZ, )<br>Defendant. )<br>) | Crim. No. 04-10356-EFH |

### NOTICE OF APPEARANCE OF PAUL R. MOORE

Please enter and add the appearance of Assistant U.S. Attorney Paul R. Moore for the United States of America in the above-captioned matter.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                By:   /s/ Paul R. Moore
                        PAUL R. MOORE
                        Assistant U.S. Attorney
                        1 Courthouse Way, Suite 9200
                        Boston, MA 02210
Date: September 14, 2006        (617) 748-3654

### CERTIFICATE OF SERVICE

Suffolk, ss.                                            Boston, Massachusetts
                                                      September 14, 2006

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel via electronic filing.

                                                      /s/ Paul R. Moore
                                                      Paul R. Moore
                                                      Assistant U.S. Attorney